# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Cesserna LaVerne Garner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00121-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Lowes RDC 0960, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court 3and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2022 Order.

March 4, 2022

Frank G. Johns, Clerk
United States District Court